UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT P. HOLLINGSWORTH III,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

_____/

Case No. 1:24-cv-1259

HON. JANE M. BECKERING

## ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 8) on December 27, 2024, recommending that the Court dismiss Plaintiff's complaint for failure to state a claim on which relief may be granted or, alternatively, that the complaint be dismissed on res judicata grounds, and recommending that an appeal would not be taken in good faith. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 8) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's complaint is DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: January 27, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.